B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
Eastern District of Virginia

**Voluntary Petition**

Name of Debtor (if individual, enter Last, First, Middle):
Movie Gallery US, LLC

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):
See Rider 1

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 41-1461110

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):

Street Address of Debtor (No. and Street, City, and State):
9275 SW Peyton Lane
Wilsonville, OR
ZIP CODE 97070

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP CODE

County of Residence or of the Principal Place of Business:
Clackamas

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP CODE

Mailing Address of Joint Debtor (if different from street address):
ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):
ZIP CODE [ ]

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [X] Debts are primarily business debts

**Filing Fee** (Check one box.)

- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $ 2,190,000.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [X] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $10,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $10,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [X] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Movie Gallery US, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: Eastern District of Viginia | Case Number: 07- 33853 | Date Filed: 10/16/07 |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Rider 2 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc.
www.FormsWorkflow.com

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
Movie Gallery US, LLC

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (if not represented by attorney)

______________________________
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
(Signature of Foreign Representative)

______________________________
(Printed Name of Foreign Representative)

______________________________
Date

**Signature of Attorney***

X /s/ Michael A. Condyles
Signature of Attorney for Debtor(s)
Michael A. Condyles
Printed Name of Attorney for Debtor(s)
Kutak Rock LLP
Firm Name
Bank of America Center
Address
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
804-644-1700
Telephone Number
February 2, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Pamela R. Schneider
Signature of Authorized Individual
Pamela R. Schneider
Printed Name of Authorized Individual
Executive Vice President, Secretary and General Counsel
Title of Authorized Individual
February 2, 2010
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

______________________________

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# RIDER 1 - PRIOR TRADE NAMES

All Other Names used by the Debtor in the last 8 years:

1. Game Zone
2. M.G. Midwest
3. M.G.A. Realty I, Inc.
4. M.G.A., Inc.
5. Moovies, Inc.
6. Movie Gallery
7. Movie Gallery Asset Management, Inc.
8. Movie Gallery Finance, Inc.
9. Movie Gallery Licensing, Inc.
10. Movie Gallery Promotions, Inc.
11. Movie Gallery Services, Inc.
12. Movie Gallery US, Inc.
13. MovieGallery.com, Inc.
14. Sun and Soul
15. Video Library, Inc.
16. Video Update, Inc.

## RIDER 2 - LIST OF FILING ENTITIES

Along with the Debtor, Movie Gallery US, LLC the following affiliated debtors contemporaneously have filed chapter 11 petitions in the United States Bankruptcy Court for the Eastern District of Virginia Richmond Division:

1. HEC Real Estate, LLC,
2. Hollywood Entertainment Corporation,
3. MG Real Estate, LLC and
4. Movie Gallery, Inc.

John A. Bicks (NY 2032498)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700

and

Monika J. Machen (IL 6273699)
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606-6404
Telephone: (312) 876-8000

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700

*Proposed Attorneys for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOVIE GALLERY, INC., et al.,[1] | ) | Case No. 10-__________( ) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 -1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately January 27, 2010. The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 5 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List of 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as

1 The Debtors in the cases are Movie Gallery, Inc.; Hollywood Entertainment Corporation; Movie Gallery US, LLC; MG Real Estate, LLC; and HEC Real Estate, LLC.

contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade, debt, bank loan, government contracts, etc.) | (4)<br>Indicate of claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| WARNER HOME VIDEO | 3400 Riverside Drive, Building 160<br>Burbank, CA 97505<br>(P) (818) 977-8219<br>(P) (818) 977-3095<br>(F) (818) 977-5740<br>Jacob Marlen and Laura Bermudez | Trade Payable | | $9,538,340 |
| SONY PICTURES HOME ENTERTAINMENT (formerly) COLUMBIA TRISTAR | 10202 West Washington Boulevard, Suite 2400<br>Culver City, CA 90232<br>(P) (310) 244-8485<br>(F) (310) 244-2626<br>Grace Aprillia | Trade Payable | | $9,339,568 |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT | 2121 Avenue of the Stars, #2500<br>Los Angeles, CA 90067-5049<br>(P) (310) 369-3900<br>(F) (310) 369-5262<br>Laura Cook | Trade Payable | | $8,176,597 |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT | 10 Universal City Plaza, 4th Floor<br>Universal City, CA 91608<br>(P) (818) 777-5159<br>(F) (818) 866-3330<br>Janice Sasaki | Trade Payable | | $7,668,661 |
| PARAMOUNT HOME VIDEO | 5555 Melrose Avenue<br>Hollywood, CA 90038<br>(P) (323) 956-5489<br>(F) (323) 862-1183<br>Andi Marygold | Trade Payable | | $6,866,689 |
| VPD, INC. | 150 Park Shore Dr<br>Folsom, CA 95630<br>(P) (916) 605-1540<br>(F) (916) 605-1679<br>David Sedin | Trade Payable | | $2,860,906 |
| VALASSIS DIRECT MAIL INC. | 19975 Victor Parkway<br>Livona, MI 41852<br>(P) (800) 437-0479 | Trade Payable | | $2,259,128 |
| ELECTRONIC ARTS (SAN MATEO CA) | 209 Redwood Shores<br>Redwood City, CA 94065-1175<br>(P) (650) 628-1500<br>(F) (650) 628-1422<br>Steve Bene, Esq. | Trade Payable | | $1,840,867 |
| MICROSOFT CORPORATION | One Microsoft Way<br>Redmond, WA 98052<br>(P) (800) 642-7676 | Trade Payable | | $1,749,250 |
| OSTLER GROUP | 740 S. Creek Road, #1024<br>Sandy, UT 84093<br>(P) (801)566-6085<br>Benji Burton | Trade Payable | | $1,087,397 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contracts, etc.) | (4) Indicate of claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| BANTA DIRECT MARKETING GROUP | 7401 Kilmer Lane<br>Maple Grove, MN 55369-5699<br>(P) (763) 315-8100<br>(F) (763) 315-8177<br>Douglas Cole | Trade Payable | | $674,538 |
| STARZ HOME ENTERTAINMENT INC. | 8900 Liberty Circle<br>Englewood, CO 80112<br>(P) (720) 852-7700<br>(F) (720) 852-8555<br>General Counsel or Officer | Trade Payable | | $645,265 |
| SONY COMPUTER ENTERTAINMENT OF AMERICA | 919 E. Hillsdale Blvd., 2ND Floor<br>Foster City, CA 94404 | Trade Payable | | $595,241 |
| FEDERAL EXPRESS | PO BOX 7221<br>PASADENA, CA 91109-7321 | Trade Payable | | $548,461 |
| INNERWORKINGS INC. | 600 West Chicago Ave., Suite 850<br>Chicago, IL 60654<br>(P) (312) 642-3700<br>(F) (312) 642-3704<br>Nancy Howitt | Trade Payable | | $542,692 |
| FACILITYSOURCE INC. | PO BOX 2535<br>SECAUCUS, NJ 07096<br>(P) (800) 896-9000 | Trade Payable | | $504,190 |
| ACTIVE INTERNATIONAL | One Blue Hill Plaza<br>Pearl River, NY 10965-8705<br>(P) (845) 732-8516 | Trade Payable | | $470,174 |
| ACTIVISION INC. | 3100 Ocean Park Blvd<br>Santa Monica, CA 90405 | Trade Payable | | $425,767 |
| HAMILTON-RYKER COMPANY, THE | P.O. BOX 638<br>Hampton, VA 213669-0638<br>(P) (731) 587-3161 | Trade Payable | | $390,183 |
| FRED MEYER STORES INC. | 3800 SE 22nd Avenue<br>Portland, OR 97202<br>(P) (503) 232-8844<br>(F) (503) 797-5609<br>Michael Ellis | Landlord | | $359,653 |
| MANDALAY BAY RESORT & CASINO | 3950 Las Vegas Blvd South<br>Las Vegas, NV 89119<br>(P) (702) 632-7777 | Trade Payable | | $358,603 |
| IMAGE ENTERTAINMENT INC. | 20525 Nordhoff St, Suite 200<br>Chatsworth, CA 91311<br>(P) (818) 407-9100 | Trade Payable | | $351,010 |
| INLAND COMMERCIAL PROPERTY MGMT INC. | 2901 Butterfield RD<br>Oak Brook, IL 60523<br>(P) (630) 218-5262<br>(F) (630) 218-4900<br>Janice J. Fox | Landlord | | $344,937 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade, debt, bank loan, government contracts, etc.) | (4)<br>Indicate of claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| THQ INCORPORATED | 29903 Agoura Road<br>Calabasas Hills, CA 91301 | Trade Payable | | $336,201 |
| REALTY INCOME CORPORATION | 220 West Crest St<br>Escondido, CA 92025<br>(P) (760) 741-2111<br>(F) (760) 741-2235<br>Thomas A. Lewis, CEO | Landlord | | $293,977 |
| YAHOO, INC. | 3333 Empire Avenue<br>Burbank, CA 91504<br>(P) (818) 524-3000<br>(F) (818) 524-3001 | Trade Payable | | $264,464 |
| MOORE WALLACE dba R R DONNELLEY | 111 South Wacker Drive<br>Chicago, IL 60606<br>(P) (312) 326-8000 | Trade Payable | | $232,615 |
| MILLENNIUM MEDIA SERVICES INC. | 2000 AVENUE OF THE STARS, SUITE 410<br>CENTURY CITY, CA 90067<br>(P) (424) 202-5013 | Trade Payable | | $228,830 |
| PK SALE LLC | PO BOX 100550<br>PASADENA, CA 91189-0550 | Trade Payable | | $174,313 |
| WYF PROPERTIES, LLC | 5100 Poplar Ave., Suite 1000<br>Memphis, TN 38137<br>(P) (503) 644-9400<br>(F) (503) 520-9400 | Landlord | | $174,188 |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A COMPANY**

I, the duly qualified and elected Executive Vice President, Secretary and General Counsel of Movie Gallery US, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding the 30 largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: February 2, 2010

Signature [signature]

Pamela R. Schneider
Executive Vice President, Secretary and
General Counsel

John A. Bicks (NY 2032498)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700

And

Monika J. Machen (IL 6273699)
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606-6404
Telephone: (312) 876-8000

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700

*Proposed Attorneys for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOVIE GALLERY, INC., et al.,[1] | ) | Case No. 10-__________( ) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CONSOLIDATED LIST OF EQUITY SECURITY HOLDERS[2]

- Movie Gallery, Inc. is 16.21% owned by DQ Ltd., 8.73% owned by EnterAspen Limited (c/o Aspen Advisors), 11.45% owned by EnterAspen Limited (c/o Sopris Advisors), 26.21% owned by Lenado Partners Series A of Lenado Capital Partners L.P., 8.11% owned by Rovida Holdings Limited, 8.11% owned by RR Investment Company LTD, 1.38% owned by Lenado DP Series A of Lenado DP L.P. and 0.49% owned by The Richmond Fund LP.[3]

- Hollywood Entertainment Corporation is 100% owned by Movie Gallery, Inc.

[1] The Debtors in the cases are Movie Gallery, Inc.; Hollywood Entertainment Corporation; Movie Gallery US, LLC; MG Real Estate, LLC; and HEC Real Estate, LLC.

[2] This list serves as the disclosure required to be made by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are based on information and belief as of February 2, 2010.

[3] Movie Gallery, Inc.'s Certificate of Authorization (the "Certificate") authorizes the issuance of 60,000,000 shares of common stock. As of December 18, 2009, 38,420,217 shares of common stock were issued and outstanding. The Certificate also authorizes the issuance of 2,000,000 shares of preferred stock. No preferred stock has been issued.

- Movie Gallery US, LLC is 100% owned by Movie Gallery, Inc.
- HEC Real Estate, LLC is 100% owned by Hollywood Entertainment Corporation
- MG Real Estate, LLC is 100% owned by Movie Gallery US, LLC

# RESOLUTION OF THE BOARD OF DIRECTORS OF MOVIE GALLERY US, LLC.

I, Pamela R. Schneider, the duly qualified and elected Executive Vice President, Secretary and General Counsel of Movie Gallery US, LLC, a Delaware limited liability company (the "Company"), hereby certify that the sole member (the "Sole Member") of the Company adopted the following resolutions (collectively, the "Resolutions") by unanimous written consent on February 1, 2010, in accordance with the Company's Operating Agreement and the requirements of the Delaware Limited Liability Company Act and that said Resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, the Board of Directors of the Sole Member has determined that it is desirable and in its best interest and in the interest of all of its subsidiaries, including the Company and its subsidiary (the "Subsidiary"), their creditors and other parties, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Member of the Company, it is desirable and in the best interests of the Company and the Subsidiary, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the officers of the Company and the Subsidiary (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company and the Subsidiary all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor and to obtain debtor in possession financing (as provided for below), and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Sonnenschein Nath & Rosenthal LLP as general bankruptcy counsel to represent and assist the Company and the Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiary's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Sonnenschein Nath & Rosenthal LLP;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Kutak Rock LLP as local bankruptcy and conflicts counsel to represent and assist the Company and the Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiary's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized

Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Kutak Rock LLP;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Moelis & Company as financial advisor and investment banker to represent and assist the Company and the Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiary's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Moelis & Company;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Corliss Moore & Associates as Chief Restructuring Officer to represent and assist the Company and its Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Corliss Moore & Associates;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC as noticing, claims and balloting agent to represent and assist the Company and the Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Kurtzman Carson Consultants LLC;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of DJM Realty as real estate consultants to represent and assist the Company and the ies in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of DJM Realty;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Gordon Brothers Group as asset sales consultants to represent and assist the Company and the Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Gordon Brothers Group;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals deemed necessary or advisable by the Authorized Officers to assist the Company and the Subsidiary in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to

execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company and the Subsidiary or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company and the Subsidiary, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 1st day of February, 2010.

By: ______________________________
Pamela R. Schneider
Title: Executive Vice President, Secretary and General Counsel